IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RONALD GIT SUM AU, | ) | CIVIL 14-00271-SOM-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE ASSOCIATION OF | ) | |
| APARTMENT OWNERS OF THE | ) | |
| ROYAL IOLANI; HAWAIIANA | ) | |
| MANAGEMENT COMPANY, | ) | |
| LTD; and R. LAREE McGUIRE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 04, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO DISMISS CASE PURSUANT TO THE PARTIES' SETTLEMENT AGREEMENT," docket entry no. 137, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 22, 2016.



    /s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

Ronald Git Sum Au v. The Association of Apartment Owners of the Royal Iolani, et al.,  Civil 14-00271-SOM-BMK, Order Adopting Magistrate Judge's Findings and Recommendation